UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

CASE NO. 19-cv-5514 BHS-JRC

DECLARATION OF ROGER TOWNSEND IN SUPPORT OF PLAINTIFF EVAN BROWN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**NOTE ON MOTION CALENDAR: SEPTEMBER 6, 2019**

DECLARATION OF ROGER TOWNSEND IN SUPPORT OF PLAINTIFF EVAN BROWN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 19-cv-5514 BHS-JRC

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

I, ROGER TOWNSEND, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Washington and this Court. I am a member of the law firm of Breskin Johnson & Townsend PLLC, local counsel for proposed lead plaintiff Evan Brown ("Brown") and proposed liaison counsel for the putative class in the above-captioned action. I submit this declaration in support of Brown's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Docket Sheet for *Scarantino v. Papa Murphys Holdings, Inc. et al.*, Case No. 1:19-cv-00791 (D. Del. April 30, 2019) (the "*Scarantino* Action");

Exhibit B:      Docket Sheet for *Baum v. Papa Murphy's Holdings, Inc. et al*, Case No. 1:19-cv-00860 (D. Del. May 8, 2019);

Exhibit C:      PSLRA Lead Plaintiff Notice issued by Rigrodsky & Long, P.A. on May 4, 2019 in conjunction with their filing of the *Scarantino* Action;

Exhibit D:      PSLRA Lead Plaintiff Notice issued by Monteverde & Associates PC on June 11, 2019 in conjunction wit their filing of this action, *Brown v. Papa Murphy's Holdings Inc., et al.*, Case No. 19-cv-5514 BHS-JRC (W.D. Wash. June 7, 2019);

Exhibit E:      Monteverde& Associates PC Firm Resume; and

Exhibit F:      Breskin Johnson & Townsend, PLLC Firm Resume.

//

//

//

DECLARATION OF ROGER TOWNSEND IN
SUPPORT OF PLAINTIFF EVAN BROWN'S
MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 19-cv-5514 BHS-JRC

1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2019, at Seattle, Washington.

*s/ Roger Townsend*
Roger M. Townsend, WSBA No. 25525
BRESKIN JOHNSON TOWNSEND, PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington  98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

DECLARATION OF ROGER TOWNSEND IN
SUPPORT OF PLAINTIFF EVAN BROWN'S
MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 19-cv-5514 BHS-JRC

2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660