# EXHIBIT A

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:19-cv-00791-MN

Scarantino v. Papa Murphys Holdings, Inc. et al          Date Filed: 04/30/2019
Assigned to: Judge Maryellen Noreika                      Date Terminated: 07/18/2019
Cause: 15:78m(a) Securities Exchange Act                  Jury Demand: Plaintiff
                                                          Nature of Suit: 850
                                                          Securities/Commodities
                                                          Jurisdiction: Federal Question

**Plaintiff**

**Richard Scarantino**              represented by  **Brian D. Long**
*Individually and On Behalf of All*                Rigrodsky & Long, P.A.
*Others Similarly Situated*                        300 Delaware Avenue, Suite 1220
                                                   Wilmington, DE 19801
                                                   (302) 295-5310
                                                   Fax: (302) 654-7530
                                                   Email: bdl@rl-legal.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Gina M. Serra**
                                                   Rigrodsky & Long, P.A.
                                                   300 Delaware Avenue, Suite 1220
                                                   Wilmington, DE 19801
                                                   302-295-5310
                                                   Fax: 302-654-7530
                                                   Email: gms@rl-legal.com
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Papa Murphy's Holdings, Inc.**

**Defendant**

**Alexander C. Matina**

**Defendant**

**Benjamin Hochberg**

**Defendant**

**David Mounts**

**Defendant**

**Jean M. Birch**

**Defendant**

**John Shafer**

**Defendant**

**Katherine L. Scherping**

**Defendant**

**Noah A. Elbogen**

**Defendant**

**Rob Weisberg**

**Defendant**

**Weldon Spangler**

**Defendant**

**Yoon Jin Kim**

**Defendant**

**Mty Columbia Merger Sub, Inc.**

**Defendant**

**Mty Franchising USA, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2019 | 1 | COMPLAINT filed with Jury Demand against Jean M. Birch, Noah A. Elbogen, Benjamin Hochberg, Yoon Jin Kim, Alexander C. Matina, David Mounts, Mty Columbia Merger Sub, Inc., Mty Franchising USA, Inc., Papa Murphys Holdings, Inc., Katherine L. Scherping, John Shafer, Weldon Spangler, Rob Weisberg - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311-2631082.) - filed by Richard Scarantino. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(sar) (Entered: 04/30/2019) |
| 04/30/2019 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (sar) (Entered: 04/30/2019) |
| 04/30/2019 | | No Summons Issued. (sar) (Entered: 04/30/2019) |
| 05/01/2019 | | Case Assigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. (rjb) (Entered: 05/01/2019) |
| 07/03/2019 | 3 | |

| | | |
|---|---|---|
| | | MOTION for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel - filed by Evan Brown. (Attachments: # 1 Text of Proposed Order) (Bennett, Blake) Modified on 7/3/2019 (dlw). (Entered: 07/03/2019) |
| 07/03/2019 | 4 | DECLARATION of Blake A. Bennett re 3 MOTION for Appointment of Lead Plaintiff and Approval of his Selection of Lead Counsel by Evan Brown. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Bennett, Blake) Modified on 7/3/2019 (dlw). (Entered: 07/03/2019) |
| 07/03/2019 | 5 | MEMORANDUM in Support re 3 MOTION to Appoint Counsel filed by Evan Brown.Answering Brief/Response due date per Local Rules is 7/17/2019. (Bennett, Blake) (Entered: 07/03/2019) |
| 07/17/2019 | 6 | NOTICE of Voluntary Dismissal by Richard Scarantino (Long, Brian) (Entered: 07/17/2019) |
| 07/18/2019 | | CASE CLOSED per D.I. 6 . (dlw) (Entered: 07/18/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/12/2019 11:32:13 | | | |
| **PACER Login:** | mschreiner:4780051:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-00791-MN Start date: 1/1/1970 End date: 8/12/2019 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT B

CLOSED

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:19-cv-00860-LPS

Baum v. Papa Murphy's Holdings, Inc. et al
Assigned to: Judge Leonard P. Stark
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 05/08/2019
Date Terminated: 06/20/2019
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Lucas Wayne Baum**                represented by   **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Papa Murphy's Holdings, Inc.**

**Defendant**

**Jean M. Birch**

**Defendant**

**Weldon Spangler**

**Defendant**

**Noah A. Elbogen**

**Defendant**

**Benjamin Hochberg**

**Defendant**

**Yoo Jin Kim**

**Defendant**

**Alexander C. Matina**

**Defendant**

**David Mounts**

**Defendant**

**John Shafer**

**Defendant**

**Katherine L. Scherping**

**Defendant**

**Rob Weisberg**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2019 | 1 | COMPLAINT filed with jury demand against Jean M. Birch, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, Papa Murphy's Holdings, Inc., Katherine L. Scherping, John Shafer, Weldon Spangler, Rob Weisberg - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 311-2637785.) - filed by Lucas Wayne Baum. (Attachments: # 1 Civil Cover Sheet)(myr) (Entered: 05/08/2019) |
| 05/08/2019 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (myr) (Entered: 05/08/2019) |
| 05/08/2019 | | Summons Issued with Magistrate Consent Notice attached as to Papa Murphy's Holdings, Inc. on 5/8/2019. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302-573-6170 and ask the Clerk to mail the summons to them. (myr) (Entered: 05/08/2019) |
| 05/09/2019 | 3 | SUMMONS Returned Executed by Lucas Wayne Baum. Papa Murphy's Holdings, Inc. served on 5/9/2019, answer due 5/30/2019. (Farnan, Michael) (Entered: 05/09/2019) |
| 05/15/2019 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (nmg) (Entered: 05/15/2019) |
| 06/20/2019 | 4 | |

|  |  | NOTICE of Voluntary Dismissal by Lucas Wayne Baum (Farnan, Michael) (Entered: 06/20/2019) |
| 06/20/2019 |  | CASE CLOSED (ntl) (Entered: 06/25/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/12/2019 15:07:12 | | | |
| **PACER Login:** | mschreiner:4780051:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-00860-LPS Start date: 1/1/1970 End date: 8/12/2019 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT C



*Source: Rigrodsky & Long, P.A.*

*May 04, 2019 13:51 ET*

# Rigrodsky & Long, P.A. Files Class Action Suit Against Papa Murphy's Holdings, Inc.

WILMINGTON, Del., May 04, 2019 (GLOBE NEWSWIRE) -- Rigrodsky & Long, P.A.:

Rigrodsky & Long, P.A. announces that it has filed a class action complaint in the United States District Court for the District of Delaware on behalf of holders of Papa Murphy's Holdings, Inc. ("Papa Murphy's") (NASDAQ GS: FRSH) common stock in connection with the proposed acquisition of Papa Murphy's by affiliates of MTY Food Group Inc. ("MTY") announced on April 11, 2019 (the "Complaint").  The Complaint, which alleges violations of the Securities Exchange Act of 1934 against Papa Murphy's and its Board of Directors (the "Board"), is captioned *Scarantino v. Papa Murphy's Holdings, Inc.*, Case No. 1:19-cv-00791 (D. Del.).

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Seth D. Rigrodsky or Gina M. Serra at Rigrodsky & Long, P.A., 300 Delaware Avenue, Suite 1220, Wilmington, DE 19801, by telephone at (888) 969-4242, by e-mail at info@rl-legal.com, or at http://rigrodskylong.com/contact-us/.

On April 10, 2019, Papa Murphy's entered into an agreement and plan of merger (the "Merger Agreement") with MTY.  Pursuant to the terms of the Merger Agreement, shareholders of Papa Murphy's will receive $6.45 per share in cash (the "Proposed Transaction").

Among other things, the Complaint alleges that, in an attempt to secure shareholder support for the Proposed Transaction, defendants issued materially incomplete disclosures in a solicitation statement (the "Solicitation Statement") filed with the United States Securities and Exchange Commission.  The Complaint alleges that the Solicitation Statement omits material information with respect to, among other things, Papa Murphy's financial projections and the analyses performed by Papa Murphy's financial advisor.  The Complaint seeks injunctive and equitable relief and damages on behalf of holders of Papa Murphy's common stock.

If you wish to serve as lead plaintiff, you must move the Court no later than July 3, 2019.  A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.  Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

Rigrodsky & Long, P.A., with offices in Delaware, New York, and California, has recovered hundreds of millions of dollars on behalf of investors and achieved substantial corporate governance reforms in numerous cases nationwide, including federal securities fraud actions, shareholder class actions, and shareholder derivative actions.

Attorney advertising.  Prior results do not guarantee a similar outcome.

Rigrodsky & Long, P.A.
Seth D. Rigrodsky
Gina M. Serra
(888) 969-4242
(302) 295-5310
Fax: (302) 654-7530
info@rl-legal.com
http://www.rigrodskylong.com

# EXHIBIT D

← Back to Newsroom (/newsroom)

**MONTEVERDE & ASSOCIATES PC**
ATTORNEYS AT LAW

**Monteverde & Associates PC**

Company Profile on Investor Network (/social_visits.ashx?
articleid=548470&networkid=inv&link=https://www.investornetwork.com/company/C-
D529FFEE6C890)

Companies Mentioned:

Primary Exchange: NASDAQ
Under the Symbol: FRSH

# Monteverde & Associates PC Files Class Action Lawsuit on Behalf of Shareholders of Papa Murphy's Holdings Inc. in the Western District of Washington Tacoma Division

*Tuesday, June 11, 2019 3:40 PM*

**NEW YORK, NY/ ACCESSWIRE / June 11, 2019 /** Juan Monteverde, founder and managing partner at Monteverde & Associates PC (http://pr.report/A2PBEuCo), a national securities firm headquartered at the Empire State Building in New York City announces that a class action lawsuit has been filed in the United States District Court Western District of Washington Tacoma Division, Case No. 3:19-cv-05514, against Papa Murphy's Holdings Inc. ("Papa Murphy's" or the "Company") (NasdaqGS: FRSH (http://pr.report/BmDfRpjH)) for shareholders who held Papa Murphy's securities **as of the close of the tender offer on May 22, 2019 (the "Class Period"),** and have been harmed by Papa Murphy's and its board of directors' (the "Board") for alleged violations of Sections 14(e) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") in connection with the tender offer of Company common stock to be purchased by MTY Food Group Inc. ("MTY").

Under the terms of the agreement, Papa Murphy's stockholders received $6.45 per share in cash in exchange for each share of Papa Murphy's stock they owned ("Merger Consideration"). The complaint alleges that this offer was inadequate and alleges that the Schedule 14D-9 Solicitation/Recommendation Statement (the "Recommendation Statement") provided materially incomplete and misleading information about the Company's financials and the transaction, in violation of Sections 14(e), and 20(a) of the Exchange Act.

If you wish to serve as lead plaintiff, you must move the Court no later than **August 12, 2019**. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

**Click here for more information:** strong>https://www.monteverdelaw.com/case/papa-murphys-holdings-inc (http://pr.report/6gHNYeu4)**. It is free and there is no cost or obligation to you.**

Monteverde & Associates PC is a national class action securities and consumer litigation law firm **that has recovered millions of dollars** and **is committed to protecting shareholders** and consumers from corporate wrongdoing. Monteverde & Associates lawyers have significant experience litigating Mergers & Acquisitions and Securities Class Actions, whereby they protect investors by recovering money and remedying corporate misconduct. Mr. Monteverde, who leads the legal team at the firm, has been recognized by Super Lawyers as a Rising Star in Securities Litigation in 2013, 2017-2019, an award given to less than 2.5% of attorneys in a particular field. He has also been selected by Martindale-Hubbell as a 2017 and 2018 Top Rated Lawyer.

**CONTACT:**

Juan E. Monteverde, Esq.
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Ave, Suite 4405
New York, NY 10118
United States of America
jmonteverde@monteverdelaw.com (mailto:jmonteverde@monteverdelaw.com)
Tel: (212) 971-1341

Attorney Advertising. (C) 2019 Monteverde & Associates PC. Prior results do not guarantee a similar outcome with respect to any future matter.

**SOURCE:** Monteverde & Associates PC

---

Subscribe (/social_visits.ashx?articleid=548470&networkid=inv&link=https://www.investornetwork.com/company/C-D529FFEE6C890) to alerts from Investor Network

SHARE ARTICLE



CONNECT WITH US

ABOUT US          PRODUCTS

NEWSROOM          BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.c(bttp/Accbwsswfacebta/9663057Acdespswhe)ww.instagram.
pathWildcard=966956)

**SALES**                **EDITORIAL**

Toll Free: 888.952.4446 Opt 2 Toll Free: 888.952.4446 Opt 1

sales@accesswire.com          cs@accesswire.com

(mailto:sales@accesswire.com)(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

# EXHIBIT E

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

# *Firm Résumé*

**NEW YORK OFFICE**
**The Empire State Building**
**350 Fifth Avenue, Suite 4405**
**New York, NY 10118**
**Tel: (212) 971-1341**
**Fax: (212) 202-7880**

**CALIFORNIA OFFICE**
**600 Corporate Pointe**
**600 W. Corporate Pointe, Suite 1170**
**Culver City, CA 90230**
**Tel: (213) 446-6652**
**Fax: (212) 202-7880**

**www.monteverdelaw.com**

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

Monteverde & Associates is a national class action law firm committed to protecting shareholders and consumers from corporate wrongdoing. We have significant experience litigating Mergers & Acquisitions and Securities Class Actions, whereby we protect investors by recovering money and remedying corporate misconduct. We also represent consumers who have been defrauded by companies that use false or misleading advertising.  We are passionate about all our cases and work tirelessly to obtain the best possible outcome for our clients.

The attorneys at Monteverde & Associates have been involved in a number of cases recovering substantial amounts of money for shareholders or investors through their litigation efforts, including in the selected list of cases below:

| TARGET COMPANY ACQUIRED | INCREASED CONSIDERATION OR SETTLEMENT FUND |
|---|---|
| American Capital (2018) | $17.5 million |
| Apollo Education (2017) | $54 million |
| ClubCorp (2019) | $5 million |
| Comverge (2017) | $5.9 million |
| EnergySolutions (2014) | $36 million |
| Force Protection (2012) | $11 million |
| Hansen Medical (2019) | $7.5 million |
| Jefferies Group (2015) | $70 million |
| Mavenir Systems (2016) | $3 million |
| MRV Communications (pending) | $1.9 million |
| Orchard Enterprises (2014) | $10.725 million |
| Syntroleum (2016) | $2.8 million |
| Transgenomic (pending) | $1.95 million |

Monteverde & Associates has also changed the law in the 9th Circuit, by lowering the standard of liability under Section 14(e) of the Exchange Act from scienter to negligence to better protect shareholders.  *Varjabedian v. Emulex Corp.,* 2018 U.S. App. LEXIS 10000 (9th Cir. Apr. 20, 2018).

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

**Juan E. Monteverde**

Mr. Monteverde is the founder and managing partner for the firm. Mr. Monteverde has concentrated his legal career advocating shareholder rights. Mr. Monteverde regularly handles high profile M&A cases seeking to maximize shareholder value and has obtained monetary relief for shareholders.

Mr. Monteverde has also broken new ground when it comes to challenging proxies related to compensation issues post Dodd-Frank Act. *Knee v. Brocade Comm'ns Sys., Inc.*, No. 1-12-CV-220249, slip op. at 2 (Cal. Super. Ct. Santa Clara Cnty. Apr. 10, 2012) (Kleinberg, J.) (enjoining the 2012 shareholder vote related to executive compensation proxy disclosures).  Mr. Monteverde also argued successfully before the 9th Circuit to change the law and lowered the standard of liability under Section 14(e) of the Exchange Act from scienter to negligence to better protect shareholders. *Varjabedian v. Emulex Corp.,* 2018 U.S. App. LEXIS 10000 (9th Cir. Apr. 20, 2018).

Mr. Monteverde has been selected by Super Lawyers as a 2013, 2017 - 2019 New York Metro Rising Star, and by Martindale-Hubbell as a 2017 and 2018 Top Rated Lawyer.

Mr. Monteverde speaks regularly at ABA, PLI, ACI and other conferences regarding merger litigation or executive compensation issues. Below is a list of published articles by Mr. Monteverde:

- Fair To Whom? Examining Delaware's Fair Summary Standard

- A Review of Trados and Its Impact

- Emerging Trends in Say-on-Pay Disclosure

- Battling for Say on Pay Transparency

Mr. Monteverde graduated from California State University of Northridge (B.S. Finance) and St. Thomas University School of Law (J.D., *cum laude*), where he served as a Law Review Staff Editor.

Mr. Monteverde is admitted to practice law in the State of New York, 2007.

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

**David E. Bower**

Mr. Bower is of counsel with the firm and has extensive experience in securities and consumer class actions as well as corporate litigation and complex commercial litigation matters.

Mr. Bower has been in the private practice of law since 1981. Prior to forming his own law firm, Law Offices of David E. Bower, in 1996, Mr. Bower practiced for two years with the law firm Hornberger & Criswell where he supervised and coordinated complex business litigation. From 1989 to 1994, he was a partner with the law firm Rivers & Bower where he handled business, construction, real estate, insurance, and personal injury litigation and business and real estate transactions. From 1984 to 1989, he practiced in the insurance bad faith defense and complex litigation department of the Los Angeles, California based law firm of Gilbert, Kelley, Crowley & Jennett. From 1981 to 1984, he practiced law in New York as a partner with the law firm Boysen, Scheffer & Bower. Mr. Bower has extensive trial experience and has tried over 100 cases.

Mr. Bower is a graduate of the Mediation Training Program at UCLA and has a certification in Advanced Mediation Techniques. He has presided in over 200 mediations since becoming certified and is currently on the Los Angeles Superior Court Pay Panel of mediators and arbitrators. He was previously the President of the Board of A New Way of Life Reentry Project, a non-profit serving ex-convicts seeking reentry into society as productive citizens.

Mr. Bower is admitted to practice law in the State of New York, 1982, and California, 1985.

# MONTEVERDE & ASSOCIATES PC

## ATTORNEYS AT LAW

**Beth Keller**

Ms. Keller is of counsel with the firm and has extensive experience in securities class actions as well as corporate governance reform.

For the last 16 years, she has focused her legal practice on shareholder rights litigation.  Prior to working with Monteverde & Associates, Ms. Keller was a Partner at Faruqi & Faruqi, LLP, a nationally recognized securities firm based in New York City, where she litigated shareholder class and derivative actions, and served as head of the firm's Shareholder Derivative Litigation Department.  She later became a founding Member of the boutique securities firm, Hynes Keller & Hernandez, LLC, where she was involved in all aspects of the firm's shareholder advocacy practice.

Ms. Keller has extensive litigation experience and has served as lead or co-lead counsel in numerous complex cases in which she has achieved substantial corporate governance measures and/or financial recoveries for the corporation and its stockholders.

Ms. Keller is admitted to practice law in the State of New York, 2003 and New Jersey, 2002.

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

**Miles D. Schreiner**

Mr. Schreiner is a senior associate with the firm and has experience in securities and consumer class action litigation.

Prior to joining the firm, Mr. Schreiner was an associate at a national class action firm where he represented clients in securities and consumer class action litigation. Mr. Schreiner also previously gained experience in complex litigation as an associate at a New York City firm that represents plaintiffs in civil RICO actions. Mr. Schreiner is a cum laude graduate of Brooklyn Law School, where he was a Dean's Merit Scholar and served as a Law Review Editor. While in law school, Mr. Schreiner developed practical skills through internships with the Kings County Supreme Court Law Department, the Office of General Counsel at a major New York hospital, and a boutique law firm that specializes in international fraud cases.

Below is a list of published articles by Mr. Schreiner:

- Fair To Whom? Examining Delaware's Fair Summary Standard

- The Delaware Courts' Increasingly Laissez Faire Approach To Directorial Oversight

- Money-Back Guarantees Unlikely to Satisfy 'Superiority'

- A Deadly Combination: The Legal Response to America's Prescription Drug Epidemic

Mr. Schreiner graduated from Tulane University (B.A. in Political Science, *cum laude*) and Brooklyn Law School (J.D., *cum laude*).

Mr. Schreiner has been selected by Super Lawyers as a 2018 and 2019 New York Metro Rising Star.

Mr. Schreiner is admitted to practice law in the State of New York and New Jersey, 2013.

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

**John W. Baylet**

John W. Baylet is an associate with the firm and has experience in financial services and securities class action litigation.

Prior to joining the firm, Mr. Baylet gained experience at an internship with the U.S. Securities and Exchange Commission in the New York Regional Office. Before that, Mr. Baylet also attained knowledge in the securities industry at an internship with the New York State Department of Financial Services and an international brokerage firm and FCM.

Mr. Baylet graduated from University of Georgia (B.B.A. in Finance) and New York Law School (J.D.). During law school, Mr. Baylet was a Global Law Fellow Scholar, associate for the Center for Business and Financial Law, competitor and coach for the Moot Court Association, Public Service Certificate recipient, and winner of the Ruben S. Fogel Commencement Award.

Mr. Baylet is admitted to practice law in the State of New York, 2017.

# EXHIBIT F

BRESKIN | JOHNSON | TOWNSEND PLLC

## OUR FIRM

Breskin Johnson & Townsend PLLC was founded in 2007 and has been appointed class counsel in dozens of cases in state and federal courts in Washington and around the country. Breskin Johnson & Townsend specializes in representing plaintiffs in consumer, employment, insurance and securities class actions. Below are a few of BJT's representative cases

## REPRESENTATIVE CLASS ACTIONS CASES

- *In re: WSB Financial Group Securities Litigation*. Federal securities law class action against WSB Financial Group relating to its misrepresentations and disclosures in SEC filings about its initial public offering.

- *Hill v. Garda CL Northwest*. Armored car drivers in Washington challenge Garda's break and wage practices.

- *Sump v. Affiliated Computer Services, Inc*. Class action by Washington state customer service representatives paid under ACS's "Activity Based Compensation" or "ABC" pay plan, which they claim is deceptive and violates Washington wage laws.

- *In re: Former Washington Mutual Employees* Lead Counsel in a consolidated lawsuit against the FDIC for failing to pay compensation due to former employees of Washington Mutual Bank.

- *Barker v. Skype*.Settled. Reached nationwide settlement in federal lawsuit against Skype, for alleged violations of state laws due to Skype's policy of expiring consumer credits. Settlement includes refunding expired customer credits and a nationwide practice change.

- *Volkswagen Motor Company*. Class Action filed by owners of 1999 and 2000 model year Volkswagens with a diesel (TDI) engine for defects to the intake manifold.

- *MySpine, PS v. Allstate Insurance*. Washington class actions for failure to pay all reasonable and necessary medical expenses under an Allstate PIP insurance policy. Preliminary Approval Granted.

- *MySpine, PS v. Hartford Insurance*. Washington class actions for failure to pay all reasonable and necessary medical expenses under a Hartford PIP insurance policy. Preliminary Approval Granted. *Randolph v. AT&T Wireless / Schnall v. AT&T Wireless*. California and national class actions by AT&T Wireless subscribers challenging ATT's practice of adding undisclosed "universal connectivity" charges to monthly price of service.

- *Udlinek v. AT&T Wireless*. Washington consumers challenging "cramming" of unwanted features and charging for calls that were supposed to be free.

- *Peck/Bowden v. Cingular / Riensche v. Cingular*. Class actions on behalf of Washington consumers challenging Cingular's practice of billing them an additional fee for its state B&O tax obligations (the so-called "B&O Surcharge").

- *Baxter Air, Inc. v. NOS Communications*. Class action by small businesses in Washington who were deceived into purchasing long distance services at inflated prices through "call unit" billing scheme.

- *Short v. Sprint*. Action by Washington consumers challenging Sprint's practice of "contract renewal" without their knowledge or consent, to prevent them from switching carriers or require them to pay large Early Termination Fees.

- *Hesse/Olson v. Sprint*. Class action by Washington consumers challenging Sprint's practice of billing them an additional fee for its state B&O tax obligations.

- *eNIC Shareholders v. Verisign, Inc.*, United States District Court, Western District of Washington; obtained summary judgment in favor of Plaintiffs in enforcement action under Earnout Clauses to Merger Agreement.

- *Douglas v. Xerox*. Employees across the county challenge Xerox's wage practices.

- *Douglas v. Hill*. Washington employees challenge Xerox's wage practices.

- *MySpine v. USAA*. Washington class action for failure to pay all reasonable and necessary medical expenses under an USAA insurance policy

- *Chan v. Liberty Mutual*. Washington class action for failure to pay all reasonable and necessary medical expenses under a Liberty Mutual insurance policy

- *Chan v. Safeco*. Washington class action for failure to pay all reasonable and necessary medical expenses under a Safeco insurance policy

- *Folweiler Chiropractic v. FairHealth*. A class action by Washington providers whose bills were improperly reduced based on the FairHealth database.

- *Folweiler Chiropractic v. Allstate*. Washington class action for failure to pay all reasonable and necessary medical expenses under an Allstate insurance policy

- *Folweiler Chirporactiv v. Progressive*. Washington class action for failure to pay all reasonable and necessary medical expenses under a Progressive insurance policy

- *Sonosite, Inc. Shareholder Litigation*. Federal securities law class action against Sonosite, Inc Financial Group relating to their breach of fiduciary duties arising out of their attempt to sell the Company to FUJIFILM Holdings Corporation ("Fujifilm") (the "Proposed Transaction"); and Fujifilm and Salmon Acquisition Corporation for aiding and abetting these breaches of fiduciary duties.

- *In Re Superclick, Inc. Shareholder Litigation*. Federal securities law class action against Superclick Board of Directors relating to their breach of fiduciary duties arising out of their attempt to sell the Company to AT&T Corp. ("AT&T") by means of an unfair process and for an unfair price.

- *Daks v. Seabright Holdings, Inc. Et Al*. Federal securities law class action against Seabright Holdings, Inc. relating to its breach of fiduciary duties arising out of their

attempt to sell the Company to Enstar by means of an unfair process and for an unfair price.

- *In Re Emeritus Corp. Shareholder Litigation*. Federal securities law class action against Emeritus Board of Directors relating to its for their breach of fiduciary duties arising out of their attempt to sell the Company to Brookdale by means of an unfair process and for an unfair price.

**Breskin Johnson & Townsend Partners**

<u>David E. Breskin, Partner</u>
David Breskin provides counseling and litigation services on employment-related matters under federal and state laws, including employment and compensation agreements, wage and hour, labor relations, discrimination and wrongful termination issues. Litigates in state and federal courts and before administrative agencies in employment related and consumer protection act cases. Frequently represents plaintiffs in class action litigation.

Mr. Breskin has been lead counsel in a number of significant cases, including: a 2.3 million judgment in an age discrimination case; a $2.4 million judgment in an employee compensation case; a $3.5 million class action settlement of a sex discrimination case; a $1.1 million class action settlement of a hostile work environment/sex harassment case; a $1.4 million class action settlement of a consumer protect act case; a $1.7 million judgment in a sex discrimination case; a $2.9 million judgment in a disability discrimination and retaliation case.

Mr. Breskin has successfully prosecuted and/or settled actions in the state and federal courts of the states of Washington, California, and New Jersey; and has been licensed to practice law in the State of Washington since 1980. He has been admitted to practice in the Ninth, Third and Federal Courts of Appeal, as well as the federal district courts for the Western and Eastern District of the State of Washington, the Central District of California, the District of Delaware and the District of New Jersey.

> <u>Education</u>
> - J.D., George Washington University, 1979
> - B.A., Stanford University, 1976

<u>Daniel F. Johnson, Partner</u>
Daniel Johnson represents employees, consumers, and businesses in employment, consumer protection and civil rights cases. He has litigated many federal and state employment discrimination cases, wage and hour disputes, and contract and tort cases, as well as sexual assault, wrongful death, and public accommodations cases. He has helped recover millions of dollars for his plaintiff clients and helped win quick and economical resolution for his defense clients

> <u>Professional Honors and Affiliations</u>
> - Named "Super Lawyer" by Washington Law & Politics, 2010–present
> - Named "Rising Star" by Washington Law & Politics Magazine, 2003–2008

- Member of Washington Employment Lawyer Association Board of Directors and Amicus Committee
- Chair of Washington State Bar Association Judicial Recommendation Committee
- 2007 pro bono award, Federal Bar Association Civil Rights Clinic
- Law clerk to U.S. District Judges Robert S. Lasnik and Carolyn R. Dimmick, 1997–1999

Education
- J.D., Boalt Hall School of Law, University of California at Berkeley, 1997
- B.A., Evergreen State College, Olympia, WA, 1990

Roger M. Townsend, Partner

Roger Townsend has been a respected complex litigation attorney in Seattle since 1995. Mr. Townsend has represented individuals and businesses in partnership, breach of contract, intellectual property, privacy rights, professional malpractice, shareholder, employment, non-compete, trade secret and related matters.

Professional Honors and Affiliations

- Named "Super Lawyer" by Washington Law & Politics, 2008–present
- "AV" rated by Martindale-Hubbell Peer Review (highest rating)
- AVVO rating: 10.0 (highest rating)
- Member, Bainbridge Island City Council
- Treasurer, Federal Bar Association, Western District of Washington
- Assistant Director, Federal Bar Association Civil Rights Clinic
- Director, United States Courts' "Constitution Day", Western District of Washington
- Law Clerk to the Honorable William L. Dwyer, United States District Judge, Western District of Washington, 1996–1997
- Law Clerk to the Honorable Robert R. Beezer, United States Circuit Judge, Ninth Circuit Court of Appeals, 1997–1998

Education
- Northwestern University School of Law
- Wesleyan University B.A., Economics