THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

No. 19-cv-05514-BHS-JRC

DECLARATION OF JOSEPH E. BRINGMAN IN SUPPORT OF THE PAPA MURPHY'S DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

JOSEPH E. BRINGMAN declares:

1.      I am one of the attorneys with Perkins Coie LLP who represent the Papa Murphy's Defendants (Papa Murphy's Holdings Inc., Jean M. Birch, Weldon Spangler, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, John Shafer, Katherine L. Scherping, and Rob Weisberg) in this action. I make this declaration in part based on personal knowledge and in part on review of documents and am competent to do so.

2.      Attached as Exhibit A to this declaration is a true and correct copy of the Schedule

DECLARATION OF JOSEPH E. BRINGMAN IN SUPPORT OF PAPA MURPHY'S DEFENDANTS MOTION TO DISMISS (No. 19-cv-05514-BHS-JRC) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14D-9 Solicitation and Recommendation Statement ("Recommendation Statement"), which defendant Papa Murphy's Holdings, Inc. ("Papa Murphy's") filed with the Securities and Exchange Commission (the "SEC") on April 25, 2019.

3.    Attached as Exhibit B to this declaration is a true and correct copy of Amendment No. 2 to the Recommendation Statement, which Papa Murphy's filed with the SEC on May 10, 2019.  Because the version available on the SEC's EDGAR website does not number the pages after page 1, for the Court's convenience we have inserted page numbers at the bottom of all pages after page 1.

4.    Attached as Exhibit C to this declaration is a true and correct copy of the Complaint of plaintiff Evan Brown filed in the United States District Court for the Southern District of New York on May 3, 2019, in the action entitled Brown v. Papa Murphy's Holdings Inc., et al., Case No. 1:19-cv-03984 (the "SDNY Action").

5.    Attached as Exhibit D to this declaration is a true and correct copy of the Notice of Dismissal filed on June 3, 2019, by plaintiff Evan Brown in the SDNY Action.

6.    Attached as Exhibit E to this declaration is a true and correct copy of a chart, which I downloaded from the Seeking Alpha website on January 3, 2020, and, which shows the price trading history for Papa Murphy's common stock for the period from April 11, 2018, through April 11, 2019 (the year ending on the date that the Merger Agreement between Papa Murphy's and MTY Food Group, Inc., was publicly announced).

**I declare under penalty of perjury that the foregoing
is true and correct.**

EXECUTED this 7th day of January, 2020.


_s/ Joseph E. Bringman_
Joseph E. Bringman, WSBA No. 15236

DECLARATION OF JOSEPH E. BRINGMAN IN
SUPPORT OF PAPA MURPHY'S DEFENDANTS
MOTION TO DISMISS (No. 19-cv-05514-BHS-JRC) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000