THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

No. 19-cv-05514-BHS-JRC

PAPA MURPHY'S DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

NOTE ON MOTION CALENDAR:
Friday, April 10, 2020

## I.      REQUEST FOR JUDICIAL NOTICE

The Papa Murphy's Defendants[1] are concurrently filing their Rule 12(b)(6) Motion to Dismiss Amended Complaint for Failure to State a Claim (the "Motion") and a supporting Declaration of Joseph E. Bringman (the "Bringman Declaration").  Attached to the Bringman Declaration are five exhibits, each of which is appropriately subject to judicial notice for the

[1] The "Papa Murphy's Defendants" are Papa Murphy's Holdings, Inc. ("Papa Murphy's" or "the Company"), and its directors Jean M. Birch, Weldon Spangler, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, John Shafer, Katherine L. Scherping and Rob Weisberg (collectively, the "Individual Defendants").

PAPA MURPHY'S DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE (No. 19-cv-05514-
BHS-JRC) –1

59718-0023/LEGAL146816180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

reasons stated below.

Exhibit A to the Bringman Declaration is a copy of the Solicitation/Recommendation Statement (Schedule 14D-9) (the "Recommendation Statement") that the Company filed with the Securities and Exchange Commission (the "SEC") on April 25, 2019.  This Recommendation Statement is integral to the Amended Complaint, as Plaintiff refers extensively to that document and it forms the basis of Plaintiff's claims.  Therefore, even though the Recommendation Statement is not attached to the Amended Complaint, it is incorporated by reference, and the Court may consider the truth of statements contained in the Recommendation Statement in deciding the Motion.  See Bill v. Brewer, 799 F.3d 1295, 1302 n.5 (9th Cir. 2015), cert. denied, 136 S. Ct. 1377 (2016); United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003).  The Court may also take judicial notice of the contents of, and disclosures made in, the Recommendation Statement for the additional reason that it is a document publicly filed with the SEC.  See Dreiling v. Am. Express Co., 458 F.3d 942, 946 n.2 (9th Cir. 2006).

Exhibit B is a copy of Amendment No. 2 to the Recommendation Statement ("Amendment No. 2"), which was filed with the SEC on May 10, 2019.  Amendment No. 2 contains supplemental disclosures related to the proposed tender offer.  As a document publicly filed with the SEC, the Court may take judicial notice of the disclosures made in Amendment No. 2.  See Dreiling, 458 F.3d at 946 n.2.

Exhibit C is a copy of the Complaint filed by plaintiff Evan Brown against the Papa Murphy's Defendants on May 3, 2019, in the United States District Court for the Southern District of New York, under the caption Brown v. Papa Murphy's Holdings Inc., et al., Case No. 1:19-cv-03984 (the "SDNY Action").  As a publicly filed court document, the Court may take judicial notice of the filing of this Complaint.  See Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Exhibit D is a copy of the Notice of Dismissal filed by plaintiff Evan Brown in the SDNY Action.  As a publicly filed court document, the Court may take judicial notice of the filing of this

PAPA MURPHY'S DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE (No. 19-cv-05514-
BHS-JRC) –2

59718-0023/LEGAL146816180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Notice of Dismissal.  See Reyn's Pasta Bella, 442 F.3d at 746 n.6.

Exhibit E is a chart listing the historical prices of Papa Murphy's common stock during the period from April 11, 2018, to April 11, 2019.  This period includes the date on which MTY Food Group, Inc.'s tender offer for the shares of Papa Murphy's common stock was publicly announced, and the year immediately preceding that announcement.  This stock price information was downloaded from the Seeking Alpha website, a source whose accuracy cannot reasonably be disputed.  See In re Galena Biopharma, Inc. Sec. Litig., 117 F. Supp. 3d 1145, 1158 n.6 (D. Or. 2015) (noting that both plaintiffs and defendants recognized Seeking Alpha as a leading and influential website used by analysts and by professional and institutional investors).  The Court may take judicial notice of this stock price information.  See In re Atossa Genetics Inc. Sec. Litig., 868 F.3d 784, 799 (9th Cir. 2017) (holding that court may take judicial notice of a company's historical stock prices because they "are 'not subject to reasonable dispute' and 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" (quoting Fed. R. Evid. 201(b))); accord McClellon v. Wells Fargo Advisors Fin. Network, LLC, No. C18-0852-JCC, 2018 WL 3727598, at *2 (W.D. Wash. Aug. 6, 2018) ("The Court may take judicial notice of these publically traded companies' historical stock prices, as they are readily ascertained and not subject to reasonable dispute.").

PAPA MURPHY'S DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE (No. 19-cv-05514-
BHS-JRC) –3

59718-0023/LEGAL146816180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## II.    CONCLUSION

For the reasons set forth above, the Court should take judicial notice of each of the five exhibits to the Bringman Declaration.  A proposed form of order accompanies this request for judicial notice.

RESPECTFULLY SUBMITTED this 7th day of January, 2020.

*s/ Ronald L. Berenstain*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendants Papa Murphy's Holdings, Inc., Jean M. Birch, Weldon Spangler, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, John Shafer, Katherine L. Scherping and Rob Weisberg*

PAPA MURPHY'S DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE (No. 19-cv-05514-
BHS-JRC) –4

59718-0023/LEGAL146816180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000