THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

No. 19-cv-05514-BHS-JRC

[PROPOSED] ORDER GRANTING PAPA MURPHY'S DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

The Court, having considered the Papa Murphy's Defendants'[1] Request for Judicial Notice in support of their Rule 12(b)(6) Motion to Dismiss Amended Complaint for Failure to State a Claim, and all other papers filed in support of and in opposition to the Request for Judicial Notice, and being fully advised in the premises, it is hereby

ORDERED that the Request for Judicial Notice is GRANTED, and that the Court

[1] The "Papa Murphy's Defendants" are Defendant Papa Murphy's Holdings, Inc. ("Papa Murphy's" or the "Company"), and its ten directors, Defendants Jean M. Birch, Weldon Spangler, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, John Shafer, Katherine L. Scherping and Rob Weisberg (collectively, the "Individual Defendants").

ORDER GRANTING PAPA MURPHY'S DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE. (No. 19-cv-05514-
BHS-JRC) –1
LEGAL146829638.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

accordingly will take notice, under the incorporation by reference doctrine and/or the judicial notice doctrine, of the content of each of Exhibits A-E attached to the Declaration of Joseph E. Bringman in Support of the Papa Murphy's Defendants' Rule 12(b)(6) Motion to Dismiss Amended Complaint for Failure to State a Claim, and will accept as true the statements in Exhibit A thereto.

DATED THIS _____ day of _____, 2020.

_____
United States Magistrate Judge / United States District Judge

Presented By:

*s/ Ronald L. Berenstain*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendants Papa Murphy's*
*Holdings, Inc., Jean M. Birch, Weldon*
*Spangler, Noah A. Elbogen, Benjamin*
*Hochberg, Yoo Jin Kim, Alexander C. Matina,*
*David Mounts, John Shafer, Katherine L.*
*Scherping and Rob Weisberg*

ORDER GRANTING PAPA MURPHY'S DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE (No. 19-cv-05514-
BHS-JRC) –2
LEGAL146829638.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000