THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,<br><br>                              Defendants. | CASE NO. 19-cv-5514 BHS-JRC<br><br>LEAD PLAINTIFF'S RESPONSE TO THE PAPA MURPHY'S DEFENDANTS' REQUEST FOR JUDICIAL NOTICE |

LEAD PLAINTIFF'S RESPONSE TO THE PAPA
MURPHY'S DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE
Case No. 19-cv-5514 BHS-JRC

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

The Papa Murphy's Defendants are correct that the Court may take judicial notice of Exhibits A-E attached to the Declaration of Joseph E. Bringman. *See* ECF Nos. 27-28. However, to the extent the Defendants ask this Court to review the documents and accept the truth of the various factual assertions contained therein, the request should be denied. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("Just because the document itself is susceptible to judicial notice does not mean that every assertion of fact within that document is judicially noticeable for its truth."); *see also Roth v. Jennings*, 489 F.3d 499, 509 (2d Cir. 2007) ("If the court takes judicial notice, it does so in order to determine what statements they contained--but *again not for the truth of the matters asserted*.") (emphasis in original).

Furthermore, in challenging the sufficiency of the Complaint, Defendants must rely on the facts asserted in the Complaint, and may not "insert their own version of events into the complaint to defeat otherwise cognizable claims." *Khoja*, 899 F.3d at 1002; *see also Azar v. Blount Int'l, Inc.*, No. 3:16-cv-483-SI, 2017 U.S. Dist. LEXIS 39493, at *19-20 (D. Or. Mar. 20, 2017) ("At this stage of the lawsuit, the Court must assume that Plaintiffs' well-pleaded factual allegations are true. These allegations support Plaintiffs' claim that the September Projections—despite Defendants' purported evidence and arguments to the contrary—are more accurate and reliable than the November and December Projections. Defendants' may argue their factual disagreements later."). Indeed, as the Ninth Circuit made clear in *Khoja*: "Although incorporation by reference generally permits courts to accept the truth of matters asserted in incorporated documents, we reiterate that it is improper to do so only to resolve factual disputes against the plaintiff's well-pled allegations in the complaint. The incorporation-by-reference doctrine does not override the fundamental rule that courts must interpret the allegations and factual disputes in favor of the plaintiff at the pleading stage." *Id*. at 1014.

Accordingly, Plaintiff does not object to the Court reviewing or considering Defendants' exhibits, so long as it does not "assume the truth of an incorporated document if such assumptions only serve to dispute facts stated in [the] wellpleaded complaint." *Id*. at 1003.

LEAD PLAINTIFF'S RESPONSE TO THE PAPA MURPHY'S DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
Case No. 19-cv-5514 BHS-JRC

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

DATED:  March 9, 2020

**LOCAL COUNSEL:**

**BRESKIN JOHNSON TOWNSEND, PLLC**

s/ Roger Townsend
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, Washington  98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Putative Class*