THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

CASE NO. 19-cv-5514 BHS-JRC

NOTICE OF DISMISSAL OF NORTH POINT ADVISORS LLC FROM THE ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Evan Brown hereby voluntarily dismisses North Point Advisors LLC ("North Point") from this action. *See Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment."); *Gen. Signal Corp. v. MCI Telecom. Corp.*, 66 F.3d 1500, 1513 (9th Cir. 1995) ("Rule 41 is reserved for circumstances in which the result of the alleged dismissal is that one or all of the defendants are released from the action."); *Clark v. Hann*, No. CIV S-09-1452 GEB DAD PS, 2010 U.S. Dist. LEXIS 78200, at *2 (E.D. Cal. Aug. 3, 2010) ("The Ninth Circuit has held that Rule 41(a)(1)(A) permits partial dismissal where the plaintiff dismisses all claims against a defendant."); *Kawaiisu Tribe v. Salazar*, No. 1:09- cv-01977 OWW SMS, 2011 U.S. Dist. LEXIS 15952, at n.2 (E.D. Cal. Feb. 4, 2011) ("Rule 41 applies where a party seeks to dismiss one or all of the defendants from an action."). North Point has not served either an answer or a motion for summary judgment.

This dismissal is without prejudice and does not apply to any defendant besides North Point.

DATED:  March 9, 2020

**LOCAL COUNSEL:**

**BRESKIN JOHNSON TOWNSEND, PLLC**

*s/ Roger Townsend*
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, Washington  98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

NOTICE OF DISMISSAL OF NORTH POINT
ADVISORS LLC
Case No. 19-cv-5514 BHS-JRC

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Putative Class*

NOTICE OF DISMISSAL OF NORTH POINT
ADVISORS LLC
Case No. 19-cv-5514 BHS-JRC

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

2