THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., JEAN M. BIRCH, WELDON SPANGLER, NOAH A. ELBOGEN, BENJAMIN HOCHBERG, YOO JIN KIM, ALEXANDER C. MATINA, DAVID MOUNTS, JOHN SHAFER, KATHERINE L. SCHERPING, ROB WEISBERG and NORTH POINT ADVISORS LLC,

Defendants.

No. 19-cv-05514-BHS-JRC

SECOND DECLARATION OF JOSEPH E. BRINGMAN IN SUPPORT OF THE PAPA MURPHY'S DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

JOSEPH E. BRINGMAN declares:

1.      I am one of the attorneys with Perkins Coie LLP who represent the Papa Murphy's Defendants (Papa Murphy's Holdings Inc., Jean M. Birch, Weldon Spangler, Noah A. Elbogen, Benjamin Hochberg, Yoo Jin Kim, Alexander C. Matina, David Mounts, John Shafer, Katherine L. Scherping, and Rob Weisberg) in this action.  I make this declaration in part based on personal knowledge and in part on review of documents and am competent to do so.

2.      Attached as Exhibit A is a true and correct copy of the first two pages of the press release issued by Papa Murphy's Holdings, Inc. ("Papa Murphy's") on November 7, 2018, titled

SECOND DECLARATION OF JOSEPH E. BRINGMAN
IN SUPPORT OF PAPA MURPHY'S DEFENDANTS
MOTION TO DISMISS (No. 19-cv-05514-BHS-JRC) –1

59718-0023/LEGAL147799426.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

"Papa Murphy's Holdings, Inc. Reports Third Quarter 2018 Results and Announces Financial and Strategic Alternatives Review."  This press release was attached as Exhibit 99.1 to a Form 8-K that Papa Murphy's filed with the Securities and Exchange Commission (the "SEC") on November 7, 2018.    The full press release is available on the SEC's EDGAR website at https://www.sec.gov/Archives/edgar/data/1592379/000159237918000054/frsh20188kq3earnings pressr.htm (last accessed April 7, 2020).  Plaintiff partially quotes from this press release in paragraph 32 of the Amended Class Action Complaint (ECF No. 22) ("Amended Complaint").

3.        Attached as Exhibit B is a true and correct copy of the first two pages of the press release issued by Papa Murphy's on March 14, 2019, titled "Papa Murphy's Holdings, Inc. Reports Fourth Quarter and Fiscal Year 2018 Results:  Performance Better Than Guidance and Consistent with Previously Reported Results."  This press release was attached as Exhibit 99.1 to a Form 8-K that Papa Murphy's filed with the SEC on March 14, 2019.  The full press release is available on the SEC's EDGAR website at https://www.sec.gov/Archives/edgar/data/1592379/000159237919000011/frsh20188kq4earningspressr.htm (last accessed April 7, 2020).  Plaintiff partially quotes from this press release in paragraph 36 of the Amended Complaint.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 8th day of April, 2020.

_s/ Joseph E. Bringman_
Joseph E. Bringman, WSBA No. 15236

SECOND DECLARATION OF JOSEPH E. BRINGMAN
IN SUPPORT OF PAPA MURPHY'S DEFENDANTS
MOTION TO DISMISS (No. 19-cv-05514-BHS-JRC) –2

59718-0023/LEGAL147799426.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit A

EX-99.1 2 frsh20188kq3earningspressr.htm PRESS RELEASE

**Exhibit 99.1**



# Papa Murphy's Holdings, Inc. Reports Third Quarter 2018 Results and Announces Financial and Strategic Alternatives Review
### Company Announces Extension of Credit Agreement

**Vancouver, WA, November 7, 2018 (Globe Newswire)** - Papa Murphy's Holdings, Inc. (the "Company") (NASDAQ: FRSH) today announced results for its fiscal third quarter ended October 1, 2018. The Company also announced that its Board of Directors is considering a range of financial and strategic alternatives to enhance shareholder value.

**Key financial highlights for the third quarter of 2018 include the following[1]:**

- Revenue was $28.8 million compared to $33.7 million in the third quarter of 2017, primarily due to the refranchising of 29 and closure of six Company-owned stores since October 2, 2017.
- Comparable store sales decreased 2.1% compared to the third quarter of 2017, including a 1.8% decrease at global franchise-owned stores and a 6.9% decrease at Company-owned stores.
- Selling, general and administrative expenses were $11.7 million, compared to $12.5 million in the third quarter of 2017.
- Reported net loss was $0.6 million, or $0.04 per diluted share, compared to a reported net loss of $2.7 million, or $0.16 per diluted share in the prior year third quarter.
- Pro-Forma Net Income[2] in the quarter was $1.3 million, or $0.07 per diluted share, compared to Pro-Forma Net Income of $1.4 million, or $0.08 per diluted share, in the prior year third quarter.
- Adjusted EBITDA[2] was $4.7 million, compared to Adjusted EBITDA of $5.5 million in the prior year third quarter.
- Franchise-owners opened two new stores in the quarter.

---

(1) Please note that results reflect the first quarter 2018 adoption by the Company of two new accounting standards (ASC topic 606 – Revenue from contracts with customers, and ASC topic 842 – Leases). 2017 financial results have been adjusted to reflect the implementation of these standards.

(2) Pro-Forma Net Income and Adjusted EBITDA are non-GAAP measures. For a reconciliation of Pro-Forma Net Income and Adjusted EBITDA to GAAP net (loss) income and discussion of why the Company considers Pro-Forma Net Income and Adjusted EBITDA to be useful measures, see the financial tables accompanying this release and the paragraph below entitled "Non-GAAP Financial Measures."

Weldon Spangler, Chief Executive Officer of Papa Murphy's Holdings, Inc., stated, "While the third quarter same store sales percentage is still negative, the third quarter result represents our best percentage change in same store sales in 12 quarters. We are also pleased to note that sales trends have continued to improve and are currently tracking

slightly positive through the first five weeks of the fourth quarter, though ==we maintain a conservative outlook for the balance of the fourth quarter.== The comp sales result continues to be driven by the adoption of key marketing messages, as well as by progress on our strategic initiatives."

## Financial and Strategic Review

In conjunction with conducting a comprehensive review of its business strategy, Papa Murphy's announced that it is conducting a process to explore and evaluate strategic alternatives to maximize shareholder value and position the Company for long-term success. The Company has engaged North

# Exhibit B

EX-99.1 2 frsh20188kq4earningspressr.htm PRESS RELEASE

**Exhibit 99.1**



# Papa Murphy's Holdings, Inc. Reports Fourth Quarter and Fiscal Year 2018 Results: Performance Better Than Guidance and Consistent with Previously Reported Results

**Vancouver, WA, March 14, 2019 (Globe Newswire)** - Papa Murphy's Holdings, Inc. (NASDAQ: FRSH) today announced financial results for its fiscal fourth quarter and full fiscal year ended December 31, 2018.

**Key financial highlights for the quarter ended December 31, 2018, compared to the quarter ended January 1, 2018 include the following[1]:**
- Revenue was $32.0 million compared to $38.5 million, driven primarily by the net refranchising of 29 Company-owned stores and net closure of 10 Company-owned stores during fiscal year 2018. Revenue in the prior year fourth quarter was positively impacted by approximately $1.9 million from an additional contribution by all stores to the Brand Marketing Fund to help fund a national TV advertising test;
- Comparable store sales decreased 1.3% compared to the fourth quarter of 2017;
- Reported Net Income was $2.0 million, or $0.12 per diluted share, compared to Net Income of $12.2 million, or $0.72 per diluted share in the prior year fourth quarter. Net Income in the prior year fourth quarter included a $12.4 million positive effect resulting from the Tax Cuts and Jobs Act of 2017;
- Pro-Forma Net income[2] in the quarter was $2.4 million, or $0.14 per diluted share, compared to $3.1 million, or $0.18 per diluted share;
- Adjusted EBITDA[2] was $5.9 million compared to $9.3 million.

**Key financial highlights for the fiscal year ended December 31, 2018, compared to the fiscal year ended January 1, 2018 were as follows[1]:**
- Revenue was $126.4 million compared to $148.5 million;
- Comparable store sales decreased 2.5% compared to fiscal 2017;
- Reported Net Income was $4.3 million, or $0.25 per diluted share, compared to a Net Loss of $1.8 million, or $(0.11) per diluted share. Net Income in the prior year included a $12.4 million positive effect resulting from the Tax Cuts and Jobs Act of 2017;
- Pro-Forma Net income[2] was $7.3 million, or $0.43 per diluted share, compared to $1.9 million, or $0.11 per diluted share;
- Adjusted EBITDA[2] was $22.3 million, compared to $20.5 million.

(1)  Please note that results reflect the first quarter 2018 adoption by the Company of two new accounting standards (ASC topic 606 – Revenue from contracts with customers, and ASC topic 842 – Leases). 2017 financial results have been adjusted to reflect the implementation of these standards.

(2)  Pro-Forma Net Income and Adjusted EBITDA are non-GAAP measures. For a reconciliation of Pro-Forma Net Income and Adjusted EBITDA to GAAP net income/(loss) and discussion of why we consider Pro-

Forma Net Income and Adjusted EBITDA to be useful measures, see the financial tables accompanying this release and the paragraph below entitled "Non-GAAP Financial Measures."

Weldon Spangler, Chief Executive Officer of Papa Murphy's Holdings, Inc., stated, "We are very pleased with the continued progress of our strategic initiatives and the impact they had on our results in the fourth quarter. We saw positive comparable store sales growth in October, marking our first period of comparable store sales growth in 37 months. We continue to believe that we have the right initiatives in place to drive long-term success for Papa Murphy's and we are excited for the year ahead."