UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS INC., et al.,<br><br>Defendants. | CASE NO. C19-05514-BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 34. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant Papa Murphy's Holdings, Inc. and individually named Defendants (collectively "Papa Murphy Defendants") motion to dismiss, Dkt. 25, is **GRANTED** and the claims against Papa Murphy Defendants

ORDER - 1

1 | are dismissed without prejudice and with leave to amend.  Plaintiff shall

2 | file an amended complaint no later than 30 days from the date of this Order;

3 | (3) Defendant North Point Advisors LLC's ("North Point") motion to dismiss,

4 | Dkt. 26, is **DENIED**; and

5 | (4) Plaintiff's motion to voluntarily dismiss North Point from this action

6 | without prejudice, Dkt. 31, is **GRANTED**.

7 | Dated this 10th day of June, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge