THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS, INC., and WELDON SPANGLER,

Defendants.

No. 19-cv-05514-BHS-JRC

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

THE COURT, having considered Defendants' Rule 12(b)(6) Motion to Dismiss Second Amended Complaint for Failure to State a Claim ("Motion to Dismiss"), the Request for Judicial Notice filed on January 7, 2020 (ECF No. 28), the Declaration of Joseph E. Bringman and its exhibits filed on January 7, 2020 (ECF No. 27), all other papers filed in support of and in opposition to the Motion to Dismiss, the Report and Recommendation of Magistrate Judge J. Richard Creatura dated January 12, 2021 (the "Report"), the Objections to the Report filed on January 26, 2021, and Plaintiff's response thereto, and having heard the oral argument of counsel, and being fully advised in the premises, it is hereby

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED
COMPLAINT (No. 19-cv-05514-BHS-JRC) –1

59718-0023/LEGAL149336117.1

ORDERED that the Motion to Dismiss be, and the same hereby is, GRANTED WITH PREJUDICE.

DATED this _____ day of _____, 2021.

_____
United States District Judge

Presented By:

*s/ Ronald L. Berenstain*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendants Papa Murphy's*
*Holdings, Inc., and Weldon Spangler*

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT
(No. 19-cv-05514-BHS-JRC) –2

59718-0023/LEGAL149336117.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000