THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., and WELDON SPANGLER,

Defendants.

No. 19-cv-05514-BHS-JRC

DEFENDANTS' REPLY IN SUPPORT OF NOTICE REGARDING STATUS OF EMULEX CASE

On April 9, 2021, Defendants filed a Notice regarding the status of the appeal from Varjabedian v. Emulex Corp., No. SACV 15-00554-CJC(JCGx), 2020 WL 1847708 (C.D. Cal. Feb. 25, 2020), which is titled Mutza v. Emulex Corp., No. 20-55339 (filed Mar. 30, 2020), in the United States Court of Appeals for the Ninth Circuit. Lead Plaintiff, in a "Response" that serves primarily as a forum to improperly reargue that there is a private right of action for negligence-based claims under Section 14(e) of the Securities Exchange Act of 1934, asserts that W.D. Wash. Rules LCR 7(n) permits a party to bring to the Court's attention only new judicial decisions, not recent developments that do not constitute a judicial decision.

Courts do not treat rules regarding the submission of supplemental authority as narrowly as Lead Plaintiff asserts. See, e.g., BT Holdings, LLC v. Village of Chester, 670 F. App'x 17, 18 (2d Cir. 2016) (indicating that party could have, but did not, bring important new factual

DEFENDANTS' REPLY IN SUPPORT OF NOTICE REGARDING STATUS OF EMULEX CASE (No. 19-cv-05514-BHS-JRC) –1

59718-0023/LEGAL152141368.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

development to the court's attention through a notice of supplemental authorities); Sun Life Assurance Co. of Canada v. Conestoga Tr. Servs., LLC, 263 F. Supp. 3d 695, 698 (E.D. Tenn. 2017) (allowing party to file a "notice of supplemental authority to apprise the court of a development in one of the cases cited in [its] brief"), aff'd, 717 F. App'x 600 (6th Cir.), cert. denied, 139 S. Ct. 378 (2018).  There is, therefore, no basis to reject Defendants' notice regarding recent developments in the Mutza appeal.

Lead Plaintiff's Response not only misconstrues LCR 7(n), but it violates both the letter and the spirit of that rule.  LCR 7(n) allows parties to bring recent developments to the Court's attention "without argument."  While there is no argument in Defendants' Notice, Lead Plaintiff devotes most of his Response to arguing the merits of the issue before the Ninth Circuit in Mutza, restating arguments that he has made in this Court.  Lead Plaintiff attempts to justify this violation of LCR 7(n) on grounds that Defendants' Notice seeks a stay of this action until the Ninth Circuit rules in Mutza.  But the Notice is not a motion to stay and does not request a stay.

There is no question that during oral argument in Mutza the Ninth Circuit addressed with counsel the question of whether there is a private cause of action for a negligence-based Section 14(e) claim, and Lead Plaintiff's Response does not dispute this fact.  Whether or how the Ninth Circuit decides that issue is up to that Court, notwithstanding Lead Plaintiff's assertion in its Response that the Ninth Circuit cannot or should not address it.

/

/

/

/

/

/

DEFENDANTS' REPLY IN SUPPORT OF
NOTICE REGARDING STATUS OF EMULEX
CASE (No. 19-cv-05514-BHS-JRC) –2

59718-0023/LEGAL152141368.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 13th day of April, 2021.

**PERKINS COIE LLP**

*s/ Ronald L. Berenstain*

Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendants Papa Murphy's
Holdings, Inc., and Weldon Spangler*

DEFENDANTS' REPLY IN SUPPORT OF
NOTICE REGARDING STATUS OF EMULEX
CASE (No. 19-cv-05514-BHS-JRC) –3

59718-0023/LEGAL152141368.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000