UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN ,

                    Plaintiff,

        v.

PAPA MURPHY'S HOLDINGS
INCORPORATED, *et al.*,

                    Defendants.

CASE NO. 3:19-cv-05514-BHS-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation ("R&R") of Chief

Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does

hereby find and **ORDER**:

    (1)  The R&R is **ADOPTED**;

    (2) Defendants' motion to certify the District Court's April 22, 2021, Order (Dkt. 57) for

        interlocutory appeal and to stay proceedings during pendency of appeal (Dkt. 58) is

        **GRANTED**.  Further proceedings in this Court are stayed pending the filing of a

        petition for permission to appeal in the U.S. Court of Appeals for the Ninth Circuit,

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

the disposition of that petition, and the disposition of any appeal permitted by the appellate court; and

(3) The Clerk shall send copies of this Order to counsel for plaintiff and defendants and to Judge Creatura.

Dated this __ day of [Pick the date].

_____
Benjamin H. Settle
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2