UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PAPA MURPHY'S HOLDINGS INC., and WELDON SPANGLER,

Defendants.

CASE NO. 19-cv-5514 BHS-JRC

ORDER DECLINING TO ADOPT JUNE 9, 2021 REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO CERTIFY ORDER OF APRIL 22, 2021 FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS

The Court, having reviewed the June 9, 2021 Report & Recommendation ("R&R") of Chief Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby find as follows:

1) The Court declines to adopt the R&R;

2) Defendants' motion to certify the Court's April 22, 2021 Order (Dkt. 57) for interlocutory appeal and to stay proceedings during pendency of appeal (Dkt. 58) is **DENIED**.

Dated this ___ day of _____, 2021.

_____
Benjamin H. Settle
United States District Judge

ORDER DECLINING TO ADOPT R&R AND DENYING DEFENDANTS' MOTION FOR INTERLOCUTORY APPEAL
Case No. 19-cv-5514 BHS-JRC

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1