THE HONORABLE BENJAMIN H. SETTLE

(On Reference to The Honorable J. Richard Creatura)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS INC., and WELDON SPANGLER,<br><br>Defendants. | No. 19-cv-05514-BHS-JRC<br><br>JOINT NOTICE REGARDING TENTATIVE SETTLEMENT AND STATUS OF APPEAL |

Plaintiff Evan Brown and Defendants Papa Murphy's Holdings, Inc., and Weldon Spangler (together with Plaintiff, the "Parties") respectfully notify the Court that on October 12, 2021:

1. The Parties reached an agreement in principle to settle all claims asserted in this action and on appeal; and

2. The United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") granted Defendants' Petition for Permission to Appeal.

In light of these two events, the Parties intend to ask the Ninth Circuit to stay the appeal so that the Parties may complete the settlement and to remand the case to this Court for the limited purpose of considering and approving the proposed settlement entered into by the Parties and, if appropriate, entering judgment thereon.

JOINT NOTICE REGARDING TENTATIVE
SETTLEMENT AND STATUS OF APPEAL
(No. 19-cv-05514-BHS-JRC) –1

59718.0023\154271016.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 15th day of October, 2021.

**LOCAL COUNSEL:**

**BRESKIN JOHNSON TOWNSEND, PLLC**

*s/ Roger M. Townsend* (authorized by email)
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA  98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**

Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY  10118
Tel:  212-971-1341
Fax:  212-202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for
the Putative Class*

**PERKINS COIE LLP**

*s/ Ronald L. Berenstain*
Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendants Papa Murphy's
Holdings, Inc., and Weldon Spangler*

JOINT NOTICE REGARDING TENTATIVE
SETTLEMENT AND STATUS OF APPEAL
(No. 19-cv-05514-BHS-JRC) –2
59718.0023\154271016.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000