FILED

NOV 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVAN BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS, INC.; WELDON SPANGLER,<br><br>Defendants-Appellants. | No.  21-35871<br><br>D.C. No. 3:19-cv-05514-BHS-JRC<br>Western District of Washington, Tacoma<br><br>ORDER |

The joint motion to remand without prejudice to reinstatement (docket no. 7) is granted. This appeal is remanded to the district court without prejudice to reinstatement if the district court does not approve the parties' settlement. Notice of reinstatement must be filed within 28 days of the district court order denying the motion to approve.

A copy of this order served on the district court shall act as the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

11/29/21/cg/mediation

CG/Mediation