THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>   v.<br><br>PAPA MURPHY'S HOLDINGS, INC. and WELDON SPANGLER,<br><br>                         Defendants. | Case No. 19-cv-05514-BHS<br><br>REPLY BRIEF IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD<br><br>NOTE ON MOTION CALENDAR:<br>May 2, 2022, at 11:00 a.m. |

REPLY BRIEF IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD
Case No. 19-cv-5514-BHS

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Lead Plaintiff Evan Brown respectfully submits this Reply in further support of his Motion for Final Approval of Settlement, Attorneys' Fees and Expenses and Service Award.

Pursuant to the Preliminary Approval Order[1], the deadline for any Settlement Class Member to file an objection or request to exclude themselves from the Settlement Class passed on April 6, 2022. ECF No. 75.  No Settlement Class Members have objected, and there was only one request for exclusion. *See* Declaration of Tina Chiango, Ex. D filed concurrently herewith.

The complete lack of objections and the single opt-out received by settlement class members "weighs strongly in favor of final approval." *Rinky Dink, Inc. v. Elec. Merch. Sys.*, 2016 U.S. Dist. LEXIS 72915, at *8 (W.D. Wash. Apr. 19, 2016) (approving a settlement where none of the class members objected or opted-out of the settlement); *Clemans v. New Werner Co.*, 2013 U.S. Dist. LEXIS 167454, at *15-16 (W.D. Wash. Nov. 22, 2013) (approving a settlement where there was only one objection and only four class members opted out of the settlement); *Pelletz v. Weyerhaeuser Co.*, 255 F.R.D. 537, 543-44 (W.D. Wash. 2009) (holding that final approval of the settlement is supported by the fact that of the "estimated 110,000 to 140,000 Class members, only 119 opted out and only three (3) objected."); *Hughes v. Microsoft Corp.*, 2001 U.S. Dist. LEXIS 5976, at *24 (W.D. Wash. Mar. 21, 2001) (approving a settlement where "less than 1% of the class opted out and only nine objections were submitted.").

Given that there have been no objections and only one request for exclusion by the deadline, this Court's final approval of the Settlement, the Plan of Allocation, the Fee and Expense Award, and the Service Award is warranted.

---

[1] All capitalized terms not defined herein have the same meanings as set forth in Lead Plaintiff's Motion for Final Approval of Settlement and/or Lead Plaintiff's Motion for Attorneys' Fees and Expenses and Service Award.

REPLY BRIEF IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD
Case No. 19-cv-5514-BHS

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1  Dated: April 20, 2022

**BRESKIN JOHNSON TOWNSEND, PLLC**

s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Settlement Class*

---

REPLY BRIEF IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD
Case No. 19-cv-5514-BHS

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

2