THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated, | Case No. 19-cv-05514-BHS |
| Plaintiff, | LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS |
| v. | |
| PAPA MURPHY'S HOLDINGS, INC. and WELDON SPANGLER, | NOTE ON MOTION CALENDAR: February 17, 2023 |
| Defendants. | |

Lead Plaintiff, Evan Brown ("Lead Plaintiff"), on behalf of the Settlement Class[1] and through his undersigned counsel, respectfully moves this Court for an Order to Distribute the Class Settlement Funds in accordance with the proposed plan for distribution of the Net Settlement Fund set forth in the Stipulation and the accompanying Declaration of Tina Chiango ("Chiango Decl.")[2] submitted on behalf of the Court-approved notice and claims administrator, RG/2 Claims Administration LLC ("RG/2" or "Claims Administrator").

---

[1] All capitalized terms not defined herein have the same meanings as set forth in the Stipulation of Settlement ("Stipulation"), dated November 29, 2021.
[2] Attached to the Chiango Decl. are Exhibits A through D.

MOTION FOR DISTRIBUTION OF
CLASS SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## I.    BACKGROUND

The Stipulation established a $2.4 million Settlement on behalf of the Settlement Class, consisting of all record holders and all beneficial holders of Papa Murphy's Holdings, Inc. common stock who purchased, sold, or held such stock during the period from and including April 25, 2019, the date of the Tender Offer and the date of filing of the Schedule 14D-9, through and including May 22, 2019, the date the Tender Offer expired.

The Court granted preliminary approval of the Settlement on January 11, 2022 (the "Preliminary Approval Order"). ECF No. 75. Pursuant to the Preliminary Approval Order, the Claims Administrator mailed 1,651 Notices to potential members of the Settlement Class; published the Summary Notice on *PR Newswire* on January 28, 2022; created and continues to maintain a Settlement website (www.rg2claims.com/papamurphy.html) that provides pertinent case documents, such as the Court-approved Notice, and instructions for submitting a claim; and created and continues to maintain a toll-free helpline, (866) 742-4955, to accommodate inquiries from potential Settlement Class Members. *See* Chiango Decl., 1.

On May 2, 2022, the Court entered two orders: (i) Final Judgment and Order of Dismissal with Prejudice; and (ii) Order Granting Plaintiff's Motion for Attorneys' Fees and Expenses and Service Award.

Lead Plaintiff and Lead Counsel now respectfully request that the Court authorize the distribution of the Net Settlement Fund[3] to the Authorized Claimants.

## II.    CLAIMS ADMINISTRATION

Pursuant to the Notice, all Settlement Class Members wishing to participate in the Settlement were required to complete and submit a properly executed Proof of Claim and Release ("Claim") form, postmarked or submitted online no later than May 28, 2022, together with adequate supporting documentation for the transactions and holdings reported therein. *See*

---

[3] The Net Settlement Fund, as defined in the Notice and the Stipulation, consists of the Settlement Amount plus interest, less Taxes and Tax Expenses, attorneys' fees and expenses (already approved by the Court), Lead Plaintiff's Service Award (already approved by the Court), and Notice and Administration Costs (requested for approval, *infra* Section V).

MOTION FOR DISTRIBUTION OF
CLASS SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Chiango Decl., 4.  The Claims Administrator reviewed all submitted Claims and, to the extent that a Claim was deficient in any regard, the Claims Administrator notified the Claimant of the deficiency and advised the Claimant as to the possible ways to cure that deficiency. *Id.* at 2-3. RG/2 also requested that the Claimant submit the appropriate documentary evidence to correct the defect within 20 days. *Id.* at 3.

Of the 232 Claim forms that RG/2 received through January 17, 2023, 45 were submitted through the online claims portal and 187 were filed through the mail or were emailed. *Id*. at 2. From those 232 Claim forms, the Claims Administrator sent deficiency notices to 89 Claimants. *Id.* at 3.

After the deficiency process was complete, the Claims Administrator determined that 196 Claims—representing 2,773,962 total shares held (including 2,652,870 shares held by 190 timely Claims and 121,092 shares held by six (6) Claims submitted <u>after</u> May 28, 2022)—were acceptable to receive distribution from the Net Settlement Fund. *Id*. at 5, Ex. A and B. The Claims Administrator determined that 36 Claims were not eligible to receive distribution from the Net Settlement Fund and should be rejected for the following reasons: (a) 27 Claims did not hold shares as of May 22, 2019, the date the Tender Offer expired; (b) two (2) Claims were identified as Excluded Parties; and (c) seven (7) Claims were deficient and never cured. *Id*. at 5, Ex. C.

## III.   <u>UNTIMELY BUT OTHERWISE ELIGIBLE CLAIMS</u>

The Claims Administrator continued to receive Claims after the May 28, 2022, deadline. Through January 17, 2023, RG/2 received and processed seven (7) Claims that were postmarked <u>after</u> May 28, 2022. *See* Chiango Decl., 5.  RG/2 processed all late Claim forms, and six (6), totaling 121,092 shares held, were found to be otherwise eligible for payment. *Id.* at 5, Ex. B.  As no delay resulted from these late but otherwise valid Claims, RG/2 believes that the six (6) eligible late but otherwise Authorized Claimants should be accepted. *Id.* at 5.  Lead Counsel and the Claims Administrator believe that when the equities are balanced, it would be unfair to prevent otherwise eligible Claims from participating in the distribution of the Net Settlement Fund solely because they were submitted while the Claims were still being processed, but after the deadline for Claims.

MOTION FOR DISTRIBUTION OF
CLASS SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

3

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Accordingly, RG/2 seeks to include the untimely but otherwise eligible Claims in the distribution plan. *Id.* However, since a cutoff date—where no more Claims will be processed—is essential for the proportional distribution of the Net Settlement Fund, it is respectfully requested that the Court enter an Order directing that no Claims or responses to deficiency letters received after January 17, 2023, be included in the initial distribution. *Id*. at 6.

## IV.    DISTRIBUTION OF THE NET SETTLEMENT FUND

Consistent with the terms of the Plan of Allocation and with the Court's approval, the Claims Administrator will conduct distribution of the Net Settlement Fund, in the amount of $1,600,145.49, to all Authorized Claimants on a *pro rata* basis whose distribution payment equals $5.00 or more. *See* Chiango Decl., 6-7. RG/2 will prepare checks for the distribution and send the payments by prepaid first-class mail. *Id.* at 7. RG/2 will issue replacement payments upon request by payee and will respond to inquiries about distribution amounts. *Id.* In those cases where Authorized Claimants' checks are returned as undeliverable, RG/2 will take steps to locate a new address and reissue a distribution check to the new address. *Id.* Furthermore, RG/2 will reissue checks to those Authorized Claimants who have lost, damaged, or otherwise require a reissued check and have requested for such in writing. *Id.*

Pursuant to the Stipulation, if there is any balance remaining in the Net Settlement Fund after a reasonable period of time after the initial distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), Lead Counsel, shall, if feasible, reallocate on a *pro rata* basis among Authorized Claimants who negotiated the checks sent to them in the initial distribution and who would receive a minimum of $5.00. These reallocations shall be repeated until the balance remaining in the Net Settlement Fund is de minimis and any remainder shall thereafter be donated to the Investor Protection Trust.

## V.    THE COURT SHOULD APPROVE PAYMENT OF ADMINISTRATION RELATED FEES AND EXPENSES

Based on the work performed by the Claims Administrator through January 27, 2023, the total fees and expenses charged by RG/2 in this matter is $35,606.00, which includes the estimated

MOTION FOR DISTRIBUTION OF
CLASS SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

4

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

fees and expenses to conduct the distribution of the Net Settlement Fund. *See* Chiango Decl., 7, Ex. D. Accordingly, it is requested that the Court authorize the payment to the Claims Administrator, from the Net Settlement Fund, of $35,606.00.

## VI.    RECORDS RETENTION AND DESTRUCTION

Finally, unless otherwise ordered by the Court, one (1) year after distribution of the Net Settlement Fund, RG/2 will destroy the paper copies of the Claims and all supporting documentation, and three (3) years after the final distribution of the Net Settlement Fund, it will destroy electronic copies of the same. *See* Chiango Decl., 7.

## VII.    CONCLUSION

For the above reasons, Lead Plaintiff respectfully requests that this Motion be granted.

Dated: February 2, 2023

**BRESKIN JOHNSON TOWNSEND, PLLC**

s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, Washington  98104
Tel: 206-652-8660
Fax: 206-652-8290
rtownsend@bjtlegal.com

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Settlement Class*

MOTION FOR DISTRIBUTION OF
CLASS SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

5

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660