# EXHIBIT B

**Papa Murphy's Holdings, Inc. Securities Litigation**

**Late But Otherwise Authorized Claims**

**Exhibit A**

| Claim Number | Approved Shares |
|---|---:|
| PPM000000050 | 22,486 |
| PPM000000051 | 85,435 |
| PPM000000052 | 7,900 |
| PPM000000053 | 1,771 |
| PPM000000056 | 1,000 |
| PPM000000057 | 2,500 |

**6**                                                          **121,092**