# EXHIBIT C

**Papa Murphy's Holdings, Inc. Securities Litigation**

**Rejected or Ineligible Claims**

**Exhibit C**

| Claim Number | Reason For Rejection |
|---|---|
| PPM000000005 | Deficient Claim Never Cured |
| PPM000000012 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000000019 | Deficient Claim Never Cured |
| PPM000000020 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000000025 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000000041 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000000043 | Deficient Claim Never Cured |
| PPM000000044 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000000047 | Excluded Party |
| PPM000000055 | Excluded Party |
| PPM000010021 | Deficient Claim Never Cured |
| PPM000010022 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010051 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010052 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010054 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010086 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010087 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010088 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010089 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010090 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010091 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010092 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010093 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010106 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010109 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010113 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010115 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010118 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010121 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000010132 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |

**Papa Murphy's Holdings, Inc. Securities Litigation**

**Rejected or Ineligible Claims**

**<u>Exhibit C</u>**

| Claim Number | Reason For Rejection |
|---|---|
| PPM000020003 | Deficient Claim Never Cured |
| PPM000020007 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000020008 | Deficient Claim Never Cured |
| PPM000020030 | Deficient Claim Never Cured |
| PPM000020038 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |
| PPM000020040 | Did Not Hold Shares as of the Expiration Time on May 22, 2019 |

**36**