# EXHIBIT D



## Cumulative Fees and  Costs for Notice & Administration Services related to:
### *Papa Murphy's Securities Litigation*

| | Quantity (hours/pieces) | | Amount |
|---|---|---|---|
| ***Design & Development*** | | | |
| <u>Start Up</u> - Development of Case-Specific Notice and Administration Plan | 12 | $ | 2,580 |
| | | | |
| ***Case Intake including Claim Form Design*** | | | |
| Review Notice, Design and Typeset Forms and Notice. | 6 | $ | 1,050 |
| Claim Portal for Filing Claims Online | | $ | 5,000 |
| Web Design Static Website with Court Documents | | $ | 1,200 |
| Monthly maintenance (months) | 12 | $ | 1,500 |
| **Subtotal: Setup Cost** | | **$** | **11,330** |
| | | | |
| ***Claimant Identification & Notification*** | | **$** | **9,923** |
| 16-page notice and claim form self-mailer | 5,000 | $ | 5,000 |
| Broker Mailing | 414 | $ | 1,035 |
| Broker Contact | 15 | $ | 128 |
| Compilation of List including Nominee Correspondence | 262 | $ | 66 |
| Postage (included bulk packages) | | $ | 565 |
| Re-Imbursement to Nominees | | $ | 3,130 |
| | | | |
| ***Follow Up*** | | **$** | **123** |
| Returned Notices - Process Mail & Update Database | 53 | $ | 21 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | 53 | $ | 66 |
| Remail Notices | 13 | $ | 26 |
| Postage | 13 | $ | 9 |
| **Subtotal: Notification Cost** | | **$** | **10,045** |
| | | | |
| ***Claim Form Processing*** | | | |
| Unit Price to Process and review Online Claims | 45 | $ | 158 |
| Unit Price to Process Electronic/Broker Claims | 136 | $ | 340 |
| Unit Price to Process Paper Claims | 51 | $ | 383 |
| Correspondence Regarding Deficient/Denied Claims | 114 | $ | 143 |
| Processing of responses | 82 | $ | 205 |
| Claim Audit (Hrs) | 12 | $ | 3,000 |
| Postage | 114 | $ | 63 |
| **Subtotal: Processing Cost** | | **$** | **4,133** |
| | Quantity (hours/pieces) | | Amount |
| ***Claimant Communications*** | | | |
| Live Operator* | | | |
|    Minimum per Month | 12 | $ | 900 |
|    Email Responses | 147 | $ | 662 |
|    *Live Phone Support - minimum charge $75/month | | | |
| **Subtotal: Claimant Communications** | | **$** | **1,562** |



## Cumulative Fees and  Costs for Notice & Administration Services related to:
### *Papa Murphy's Securities Litigation*

|  | Quantity (hours/pieces) |  | Amount |
|---|---|---|---|
| **Distribution** | | | |
| Qualified Settlement Fund Tax Return Preparation (2 years) | 2 | $ | 2,400 |
| Printing and Mailing Settlement Checks | 196 | $ | 245 |
| Postage | 196 | $ | 114 |
| Reissue Checks | 20 | $ | 100 |
| Postage | 20 | $ | 11 |
| **Subtotal: Distribution & Reporting** | | $ | 2,870 |
| Case Management, Data Analysis, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | | $ | 5,667 |
| **Subtotal: Project Management** | | $ | 5,667 |
| Total | | $ | 35,606 |