THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| EVAN BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S HOLDINGS, INC. and WELDON SPANGLER,<br><br>Defendants. | Case No. 19-cv-5514 BHS<br><br>ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS |

The Court having considered all materials and arguments submitted in support of Lead Plaintiff's Motion for Distribution of Class Settlement Funds ("Motion"), including the Declaration of Tina Chiango (the "Chiango Declaration"),

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated November 29, 2021 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

ORDER FOR
DISTRIBUTION OF CLASS
SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS

1

3. As set forth in the Chiango Declaration, the administrative determinations of the Claims Administrator in accepting and rejecting Claims are approved. Specifically, the administrative determinations of the Claims Administrator accepting those Claims set forth in Exhibits A and B of the Chiango Declaration are approved. Likewise, the administrative determinations of the Claims Administrator rejecting those Claims set forth in Exhibit C of the Chiango Declaration are approved.

4. As set forth in the Chiango Declaration, no new Claims received after January 17, 2023, may be included in the distribution, unless the Court later orders otherwise.

5. The Court authorizes payment of $35,606.00 from the Net Settlement Fund to the Claims Administrator for the fees and expenses incurred and estimated to be incurred in connection with the claims administration process, as described in the Chiango Declaration and its accompanying Exhibit D.

6. The distribution plan for the Net Settlement Fund as set forth in the Motion, the Chiango Declaration, and the Stipulation is approved. The Claims Administrator will conduct distribution of the Net Settlement Fund, in the amount of $1,600,145.49, to all Authorized Claimants on a *pro rata* basis whose distribution payment equals $5.00 or more.

7. If there is any balance remaining in the Net Settlement Fund after a reasonable period of time after the initial distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), Lead Counsel, shall, if feasible, reallocate on a *pro rata* basis among Authorized Claimants who negotiated the checks sent to them in the initial distribution and who would receive a minimum of $5.00. These reallocations shall be repeated until the balance remaining in the Net Settlement Fund is de minimis and any remainder shall thereafter be donated to the Investor Protection Trust.

8. One (1) year after distribution of the Net Settlement Fund, the Claims Administrator will destroy the paper copies of the Claims and all supporting documentation, and three (3) years after the final distribution of the Net Settlement Fund, it will destroy electronic copies of the same.

IT IS SO ORDERED.

DATED this 24th day of February, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER FOR
DISTRIBUTION OF CLASS
SETTLEMENT FUNDS
Case No. 19-cv-5514-BHS